# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00009-CV

**Antonio Labrado, Jr. d/b/a Sunset Enterprises, Appellant**

**v.**

**The University of Texas at El Paso, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT NO. D-1-GN-09-001296, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court received notice that appellant Antonio Labrado, Jr. d/b/a Sunset Enterprises has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Tex., El Paso Division, Cause No. 11-30117). Thus, his appeal is suspended pursuant to the statutory automatic stay. *See* 11 U.S.C. § 362(a) (West 2004 & Supp. 2010); Tex. R. App. P. 8.

The parties are instructed to file a report sixty days from the date of this order informing this Court about the status of the bankruptcy proceedings. Any party may file a motion to reinstate upon the occurrence of an event that would allow the appeal to proceed. *See* Tex. R. App. P. 8.3(a). Failure to notify this Court of a lift of the automatic stay or termination of the

bankruptcy case may result in dismissal of this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Bankruptcy

Filed: January 27, 2011